[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED

MAR 03 2023 LM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ahmad Rashawn James

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

The City of Calumet City

_____

Fadi Mashni

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

1:23-cv-01359
Judge John Robert Blakey
Magistrate Judge Susan E. Cox
RANDOM
PC 8

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

CHECK ONE ONLY:

__X__    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Ahmad Rashawn James

B. List all aliases: _____

C. Prisoner identification number: 20230124138

D. Place of present confinement: County Jail Cook (CCDOC)

E. Address: 2700 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: The City of Calumet City

Title: Calumet City

Place of Employment: Calumet City, Illinois

B. Defendant: Fadi Mashni

Title: Owner of Premier Auto Express & Lube

Place of Employment: 660 Torrence Ave, Calumet City Illinois

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: Unsure due to current incarceration status

    B. Approximate date of filing lawsuit: December 2022

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Ahmad Rashawn James

    D. List all defendants: William Menroy Mills

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Winnebago County, Illinois

    F. Name of judge to whom case was assigned: Unsure due to current incarcerated status.

    G. Basic claim made: Mr. Mills sold me a used car with a rolled back odometer effectively duping me for $5,000.00

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Fadi "Frank" Mashni has been operating his auto repair shop illegally for a few years now without a business liscence. Calumet City (CCPD) has known about it the entire time. The auto shop is engaged in sabotage, over estimating customers and violating many state and federal laws under the watch of Calumet City. This has been going on for atleast two calendar years until I myself was victimized and became a fierce whistleblower. Calumet City Police Department effectively framed me for Burglary (ClassB) and I am in custody for that case right now! I was arrested on 11-22-23 and have not been able to gather any evidence or information whatsoever to prove my innocence. Calumet City Hall, Building and Zoning, Police Departments have all conspired against me to cover their criminal negligence. Fadi Mashni threatned to kill me while Calumet City Police watched and failed to investigate my police report. Please get to the bottom of this. I am way out of my league! I know I am being framed by

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

CCPD because during the discovery I learned the arrest mugshot is not even me! I have been representing myself Pro Se trying to get facts for the defense to NO avail. Calumet City has blatantly denied my Freedom of Information Act rights on numerous simple request to ensure an unfair trial. I do not have any Felonies and I certainly am no burglar. My actual damages have depleted my entire life savings (15k) and my credit score has plummeted. I am without a job now and not sure how to pick up the peices. Please help me receive justice. God Bless America!

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want Fadi Mashni incarcerated and the City of Calumet City punished to the tune of $1,250,000.00!

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 22nd day of Feb, 20 23

*A. R. James*
(Signature of plaintiff or plaintiffs)

Ahmad Rashawn James
(Print name)

20230124138
(I.D. Number)

2700 S. California Chicago, IL
(Address)

Ahmad James
2023 0124138
2700 S. California (2 of 2)
Chicago, IL 60608

S SUBURBAN IL 604
28 FEB 2023 PM 5 L

03/03/2023-2

Prisoner Correspondent
United States District Court
219 S. Dearborn St 20th FL
Chicago, IL 60604